**FILED**
August 21, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 06-0226 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SOUKUANE SAELEE, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SOUKUANE SAELEE , Case No.  MAG 06-0226 DAD , Charge  Title 18 USC § 1955 (a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $100,000.00

            _X_    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

    _X_    (Other)  unsecured appearance bond to be secured with a $100,000 secured bond within two to weeks of today's date and pretrial supervision.

Issued at  Sacramento, CA  on  August 21, 2006  at  1:50  pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal