```
Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213
```

Counsel for Defendant Soukuane Saelee

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:06-CR-0343 DFL |
| Plaintiff, ) | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE BAIL DOCUMENTS |
| v. ) | |
| SOUKUANE SAELEE, et al. ) | |
| Defendants. ) | |

**STIPULATION**

Defendant SOUKUANE SAELEE, by and through his counsel of record, MR. ROBERT M. HOLLEY, ESQ. and the UNITED STATES OF AMERICA by and through it's counsel MR. BENJAMIN B. WAGNER, ESQ. do hereby agree and stipulate to a Court Order allowing additional time of one week, that is, on or before Thursday, September 21, 2006, to record the deed of trust supporting the secured bail bond and to file the necessary paperwork all as ordered by the United States Magistrate/Judge Dale A. Drozd on August 18, 2006.

////

////

////

This stipulation and order is supported by the declaration of Robert M. Holley, counsel for Mr. Saelee as set forth herein below.

Dated: September 14, 2006

/s/ Benjamin B. Wagner (by rmh)
_____
MR. BENJAMIN B. WAGNER, Esq.
Assistant United States Attorney
Counsel for the United States

Dated: September 14, 2006

/s/ Robert M. Holley
_____
MR. ROBERT M. HOLLEY, Esq.
Counsel for Mr. Saelee

**DECLARATION OF COUNSEL**

I, ROBERT M. HOLLEY, say:

1. I am counsel of record for Mr. Soukuane Saelee, defendant herein who is presently on release status.

2. Because of logistical problems it has taken longer than normal for the gathering of the appropriate documentation to support the secured bond as ordered. As of today's date, I now have copies of an appraisal and title report showing an excess of $300,000 in equity in the property which is sufficient to support the $100,000 secured bond as ordered.

3. I am in the process of preparing, obtaining the appropriate notarized signatures, and recording of a deed of trust in support of the bond.

4.  This request and stipulation for additional time for the preparation of and the recording and filing of the bond papers is strictly logistical.  There is presently filed with the Court an unsecured appearance bond in the amount of $100,000 signed by the parties who are pledging the security of real property.  Included with the unsecured appearance bond is a declaration by the bonding agents showing their net worth to be in excess of $1,000,000.

I declare under penalty of perjury that the foregoing is true and correct.  Signed at Sacramento, California on September 14, 2006.

/S/ Robert M. Holley

_____
Mr. Robert M. Holley, Esq.

**ORDER**

**GOOD CAUSE APPEARING**, IT IS SO ORDERED.

DATED: September 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/saelee0343.stipord

3