Robert M. Holley
Attorney at Law
State Bar No. 50769
2150 River Plaza Drive, Ste. 164
Sacramento, California 95833
Telephone:  (916) 922-2111

Counsel for Mr. Saelee

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:06-cr-00343 JAM 4 |
| ) | |
| Plaintiff, ) | EX-PARTE MOTION AND ORDER |
| ) | EXONERATING BAIL AND ORDERING THE |
| v. ) | CLERK OF THE COURT FOR THE |
| ) | EASTERN DISTRICT OF CALIFORNIA TO |
| SOUKUANE SAELEE, ) | ISSUE AND TRANSMIT A DEED OF |
| ) | RECONVEYANCE TO THE ORIGINAL |
| Defendant. ) | TRUSTORS |
| _____ ) | |

**MOTION**

In the above-numbered action, on 9/21/2006 Defendant SOUKUANE SAELEE was released on an appearance bond secured by a deed of trust on real property owned by Sarn V. Saeturn and Moang C. Saeturn, husband and wife. (Clerk's record, entry 56) On 3/8/2007 Mr. SAELEE was sentenced to serve 1 year and 1 day in federal custody. (Clerk's record, entries 114 and 118) On 4/19/2007 the return on Mr. SAELEE'S commitment was issued by the federal correctional center. (Clerk's record, entry 124) The case has long been concluded.

As the deed of trust associated with this bail matter is still on record, it is hereby moved that the Court issue an order exonerating Mr. Saelee's bail, and that the Clerk of the Court for the

Eastern District of California issue forthwith a deed of reconveyance for said property upon which the deed of trust was recorded supporting Mr. Saelee's release on bail.

The name and address of the trustors on the deed of trust are as follows;

    Sarn V. Saeturn and Mouang C. Saeturn
    4019 Allendale Ave.
    Oakland, CA 94619

**Respectfully submitted,**

**/s/ *Robert M. Holley***

**Robert M. Holley**
**Counsel for Mr. Saelee**

## ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**Dated: 2/28/2013**

**/s/ John A. Mendez**
**HONORABLE JOHN A. MENDEZ**
**United States District Court Judge**

2